UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PAUL TAYLOR AND JERRILYN TAYLOR     CIVIL ACTION NO.: 3:08-CV-494

VERSUS

     JUDGE FRANK J. POLOZOLA

SOUTHEAST MISSISSIPPI LIVESTOCK,
MIZE STOCKYARD, L.L.C.,
RUTLAND LIVESTOCK, L.L.C., AND     MAGISTRATE STEPHEN C. RIEDLINGER
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

_____

## ORDER

_____

**CONSIDERING** the above and foregoing:

It is hereby **ORDERED** that PAUL TAYLOR's claims only are dismissed without prejudice and at his costs.  JERRILYN TAYLOR's claims against all defendants and any other persons or entities that may be responsible for the subject accident are hereby specifically reserved.

Baton Rouge, Louisiana, October 16, 2008.

_____
**JUDGE FRANK J. POLOZOLA**