| | |
|---|---|
| PAUL TAYLOR AND JERRILYN TAYLOR | CIVIL ACTION |
| VERSUS | NUMBER: 3:08-CV-494 |
| SOUTHEAST MISSISSIPPI LIVESTOCK, MIZE STOCKYARD, L.L.C., RUTLAND LIVESTOCK, L.L.C., AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | JUDGE FRANK J. POLOZOLA<br><br>MAGISTRATE STEPHEN C. RIEDLINGER |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all of Plaintiffs', Jerrilyn L. Taylor and Paul A. Taylor, claims asserted and that could have been asserted in this matter against State Farm Mutual Automobile Insurance Company in any and all of its capacities, specifically including, but not limited to its capacity as Plaintiffs' medical payments and uninsured/underinsured motorist carrier, be and are hereby dismissed, with prejudice, and with each party to pay their own court costs. Plaintiffs' rights to proceed with the prosecution of their claims in this matter against all other defendants named or to be named are specifically reserved.

Baton Rouge, Louisiana, this ___31___ day of ___March___, 2009.

_____
Frank A. Polozola, Judge
UNITED STATES DISTRICT COURT