UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PAUL TAYLOR AND JERRILYN TAYLOR

VERSUS

SOUTHEAST MISSISSIPPI
LIVESTOCK, MIZE STOCKYARD,
L.L.C., RUTLAND LIVESTOCK,
L.L.C., AND STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

CIVIL ACTION
NUMBER 08-494-FJP-SCR

**RULING**

This matter is before the Court on the motion for more definite statement by The Society and Corporation of Lloyd's (incorrectly referred to as "Lloyd's of London").[1] Plaintiff Jerrilyn Taylor has filed an opposition to this motion.[2] The Court finds that the complaint's allegations as to this defendant are vague and ambiguous. Therefore, Plaintiff Jerrilyn Taylor is ordered to amend her complaint to set forth a more definite statement of facts as to The Society and Corporation of Lloyd's, and is further ordered to amend her complaint to set forth the correct name of this defendant on or before June 12, 2009. The plaintiff's failure to fully and timely comply with this order shall result in the dismissal of plaintiff's case against The

---

[1]Rec. Doc. No. 38.

[2]Rec. Doc. No. 39.

Doc#46112

Society and Corporation of Lloyd's, incorrectly referred to as Lloyd's of London.

Baton Rouge, Louisiana, June 4, 2009.

*[signature: Frank J. Polozola]*
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA